

# U.S. District Court

## West Virginia Southern - Huntington

Receipt Date: Dec 19, 2023 3:09PM

Farrell White & Legg PLLC

| Rcpt. No: 3000466 | Trans. Date: Dec 19, 2023 3:09PM | | | Cashier ID: #JA |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| PC | Paper Check | #24903 | 12/18/2023 | | $405.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** 3:23-cv-00801 Fruth, Inc. et al v. Cardinal Health, Inc. et al

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.