UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
At Huntington

FRUTH, INC.; and FRUTH PHARMACY, INC.

        *Plaintiffs,*                           **Civil Action No.** 3:23-cv-801

-vs-

CARDINAL HEALTH, INC., CARDINAL HEALTH 411, INC., CARDINAL HEALTH 110, LLC and CARDINAL HEALTH 112, LLC,

        *Defendants.*

## ORDER GRANTING MOTION TO SEAL

Came Fruth, Inc. and Fruth Pharmacy, Inc., by and through counsel and presented their *Motion to Seal Initiating Papers, the Civil Complaint and Exhibits thereto,* with accompanying proposed Order. ECF No. 3. Having received and reviewed the same, this **ORDER** is **HEREBY GRANTED** as the Court **FINDS** good cause exists for the same. Fruth, Inc. and Fruth Pharmacy, Inc. shall file their Civil Complaint with Exhibits **UNDER SEAL,** the same to be maintained as such by the Court and all Parties until further Order by the Court, if any.

The Clerk is directed to send a copy of this Order to counsel for Plaintiffs.

**ENTERED** this 20th day of December, 2023.

                                            Honorable Robert C. Chambers

**Prepared and Presented By:**

Michael W. Carey (W. Va. State Bar No. 1168)
Tamela J. White-Farrell, Esquire (W. Va. State Bar No. 6392)
**FARRELL, WHITE & LEGG PLLC**
914 5th Avenue, P.O. Box 6457
Huntington, WV 25772-6457
Phone: (304) 522-9100 / Fax: (304) 522-9162
mjfrci),farrell3.com/tjw@farrel13.com

AND

**BARCLAY DAMON LLP**

Brittany E. Lawrence *(pro hac vice pending)*
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, NY 14604
Phone: 585-295-8420
blawrence@barclaydamon.com


Linda J. Clark *(pro hac vice* pending)
80 State Street
Albany, New York 12207
Phone: (518) 429-4241
lclark@barclaydamon.com

Counsel for Plaintiffs Fruth, Inc. and Fruth Pharmacy, Inc.

{F2248260.1 }