IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

FRUTH INC. and
FRUTH PHARMACY, INC.,

                Plaintiffs,

v.                                       CIVIL ACTION NO. 3:23-0801

CARDINAL HEALTH, INC.,
CARDINAL HEALTH 411, INC.,
CARDINAL HEALTH 110, LLC, and
CARDINAL HEALTH 112, LLC,

                Defendants.

## AMENDED ORDER

Pending review of the parties' memoranda regarding the motion to dismiss, the Court **STAYS** the deadline for filing of FR Civ P 26(a)(1) disclosures.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                              ENTER:     May 22, 2024

                                              ROBERT C. CHAMBERS
                                              UNITED STATES DISTRICT JUDGE